PHEBE E. PHILP, Respondent, *v.* CROSSTOWN STREET RAILWAY COMPANY OF BUFFALO, Appellant, Impleaded with Another.

*Philp* v. *Crosstown Street Ry. Co. of Buffalo,* 128 App. Div. 910, appeal dismissed.
(Argued March 15, 1909; decided March 23, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for

personal injuries alleged to have been received through defendant's negligence.

The motion was made upon the ground that the appeal was frivolous and taken for purposes of delay only.

*J. A. Wechter* for motion.

*D. L. Spring* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.